No. PD-0873-14

BRANDON ISLAS
PETITIONER
§ IN THE TEXAS COURT

VS.
§ OF

THE STATE OF TEXAS,
RESPONDENT
§ CRIMINAL APPEALS

## SECOND MOTION FOR EXTENSION OF TIME
## TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Brandon Islas, Petitioner, and files this second motion for an extension of sixty-(60) days In which to file a Petition for Discretionary Review. In Support of this motion, Petitioner shows the Court the following:

I

The Petitioner was convicted in the 362nd District Court of Denton County, Texas of the offense of DWI

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 06 2015

Abel Acosta, Clerk

cause No. F-2010-1896-D styled the STATE OF

FILED IN
COURT OF CRIMINAL APPEALS

JAN 06 2015

Abel Acosta, Clerk

Page 1

TEXAS vs. BRANDON CARY ISLAS THE PETITIONER appealed to the Court of Appeals Eighth Supreme Judicial District, Appeal No. 08-12-00157-CR. The case was affirmed on May 14, 2014.

## II

THE PETITIONER through motion requested rehearing which was denied on August 29, 2014. THE PETITIONER through Second motion for rehearing was Informed that Court of Appeals Eighth District no longer had jurisdiction and mandate was sent Sept 14, 2014.

## III

THE PRESENT DEADLINE for filing the Petition for Discretionary Review Is unknown to petitioner, but may have been October 14, 2014. The Petitioner requested one (1) extension prior to this motion.

Page 2

Petitioner's request for an extension is based upon the following facts: Petitioner never received mandate from Court of Appeals. Petitioner was not informed that he must file PDR within any prescribed time limit after mandate was issued. Since that time Petitioner has been attempting to gain legal help and representation in this matter. His attorney on the appeal, Chris Raesz, has informed Petitioner that he will not represent him on Petition for Discretionary Review. Since October 10, 2014, Petitioner has been moved to the Trusty Camp and only has indirect access to Legal Help or Law Library. Since Petitioner is currently incarcerated and has limited or no access to copy machines, computers, Law Library he asks respectfully the Honorable Judges invoke the prison mail rule and less

Stringent standards. Petitioner also asks that the necessary copies be made by the clerk of the Honorable Court and be sent to the opposing party.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review In Cause No. PD-0873-14 to March 5, 2015

Respectfully Submitted

Brandon Islas

Brandon Islas
Petitioner Pro Se
TDCJ # 1810457
Texas Dept. of Criminal Justice
Goree Unit Trusty Camp
3dorm 77bunk
7405 HWY 75 South
Huntsville, Tx 77344

Date 12-29-14

Ms. Louise Pearson Clerk
Court of Criminal Appeals
P.O. Box 12308
Capitol Station Austin, Tx 78711


Dear Ms. Pearson:

    Enclosed please find my pro se Petitioner's Motion for Extension of Time to file a Petition for Discretionary Review. Please file this Motion with the papers of this case and bring it to the attention of the Court. Also please forward a copy to the State Prosecuting Attorney at: P.O. Box 13046, Austin, Tx 78711, as well as the District Attorney for Denton County at:

    Paul Johnson
    Criminal District Attorney
    1450 E McKinney Ste 3100
    P.O. Box 2344
    Denton, Tx 76202

    Sincerely Brandon Islas
    Brandon Islas TDCJ #1810457
    Petitioner Pro-Se
    Goree Trusty Camp 3-77
    7405 HWY 75 South
    Huntsville, Tx 77344

Please date stamp this letter and return it to me at my address above, and I also request that you notify of the Courts ruling on my Motion